# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**EDWARD ROBERSON**                                                              **PLAINTIFF**
MDOC inmate #227643

**V.**                                        **CIVIL ACTION NO. 1:21-cv-128-LG-RPM**

**JACKSON COUNTY ADC**                                                         **DEFENDANT**

## **ORDER**

Pro se Plaintiff Edward Roberson ("Plaintiff") brings this Complaint pursuant to 42 U.S.C. § 1983. Plaintiff is incarcerated at the Central Mississippi Correctional Facility in Pearl, Mississippi, and he is proceeding *in forma pauperis*. *See* Order [8]. The named Defendant is the Jackson County ADC (Adult Detention Center).

Section 1983 provides, in pertinent part, "[e]very person who, under color of [state law], subjects . . . any citizen . . . thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured." 42 U.S.C. § 1983. Plaintiff is advised that the Jackson County Adult Detention Center is not a separate legal entity that may be sued under § 1983. However, a county may be held liable in certain circumstances. Since Plaintiff is proceeding pro se, he will be provided an opportunity to state if he is naming Jackson County as a Defendant in place of the Jackson County Adult Detention Center. Accordingly,

**IT IS HEREBY ORDERED** that on or before July 21, 2021, Plaintiff shall file a written response to

> (a) state if Plaintiff is naming Jackson County as a Defendant in place of the Jackson County Adult Detention Center, and if so, specifically state how Jackson County violated Plaintiff's constitutional rights or voluntarily dismiss Jackson County ADC as a Defendant; and

(b) state if Plaintiff is naming any other individuals as a Defendant, if so, state the full name and complete mailing address for each newly named Defendant and specifically state how each newly named Defendant violated Plaintiff's constitutional rights.

The Plaintiff is warned that if he fails to fully comply with this Order in a timely manner or if he fails to keep this Court advised of his current address, this case will be dismissed.

**SO ORDERED AND ADJUDGED,** this the 30th day of June, 2021.

/s/ *Robert P. Myers, Jr.*
ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE