IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**EDWARD ROBERSON,**  **PLAINTIFF**
MDOC inmate #227643

**V.**  **CIVIL ACTION NO. 1:21-cv-128-LG-RPM**

**JACKSON COUNTY, SHERIFF MIKE
EZELL, CAPTAIN TYRONE NELSON, and
LIEUTENANT MITCHELL MCMILLIAN**  **DEFENDANTS**

ORDER

Pro se Plaintiff Edward Roberson ("Plaintiff") brings this civil rights Complaint [1] pursuant to 42 U.S.C. § 1983. Plaintiff complains about the conditions of his previous confinement at the Jackson County Adult Detention Center in Pascagoula, Mississippi. Plaintiff is presently incarcerated at the George County Correctional Facility and he is proceeding *in forma pauperis*. *See* Orders [8], [16]. After liberal review of Plaintiff's Complaint, and entire Court record, it is hereby,

ORDERED:

1. That the Clerk of Court is directed to issue a *Notice of Lawsuit and Request to Waive Service of a Summons* for Defendants. The Clerk is directed to attach a copy of this Order, a copy of Plaintiff's Complaint [1], Plaintiff's Motion [10], Order [11], Order [16], and a copy of Plaintiff's Response [17], to the issued *Notice* and accompanying *Waiver of the Service of Summons* form and send via first class mail to **Defendant Jackson County,** c/o Jackson County Chancery Clerk, P.O. Box 998, Pascagoula, MS 39568-0998, and to **Defendants Ezell, McMillian, and Nelson,** c/o Jackson County Adult Detention Center, 65 Bruce Evans Drive, Pascagoula, MS 39567. **Defendants are directed to file a signed *Waiver* form or a *Response*, within 30 days**.

2. That Defendants shall file their answer or other responsive pleading in this cause in accordance with the Federal Rules of Civil Procedure and the Local Rules of this Court.

3. That as provided for in the Federal Rules of Civil Procedure, discovery is stayed until

further order of this Court.

4.      That subpoenas shall not be issued except by order of the Court. The United States District Clerk shall not issue subpoenas upon request of the pro se litigant but shall instead forward the request to the Magistrate Judge assigned to this cause for review.   The Plaintiff shall make all requests for the issuance of subpoenas to the Magistrate Judge's office.

Plaintiff should understand that this Order allowing process to issue does not reflect any opinion of this Court that the claims contained in the Complaint will or will not be determined to be meritorious.

**It is Plaintiff's responsibility to prosecute this case.  Failure to advise this Court of a change of address or failure to comply with any Order of this Court will be deemed as a purposeful delay and contumacious act by Plaintiff and may result in the dismissal of this case.**

SO ORDERED AND ADJUDGED this the 21st day of October, 2021.

/s/ *Robert P. Myers, Jr.*
ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE